IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY AND ANNETTE SCHAEFER,
Individually and on behalf of their
minor son, AS,

       Plaintiffs,

vs.                                                   No. CIV 09-1119 JB/KBM

LAS CRUCES PUBLIC SCHOOL DISTRICT,
DANTE THACKER, Principal at Zia Middle School,
DANIEL GOMEZ, Assistant Principal at Zia Middle
School, SONIA DIAZ, Superintendent of the Las Cruces
Public Schools, the Safety Officer at Zia Middle School and
other John/Jane Doe Defendants, including the School Nurse,
in their official capacity and individual capacity,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed April 30, 2010 (Doc. 30). In that Memorandum Opinion and Order, the Court dismissed all federal claims that Plaintiffs Tony and Annette Schaefer asserted against all Defendants. The Court thus exercises its discretion to "decline to exercise supplemental jurisdiction over" the remaining state-law claims because they "raise[] novel or complex issue[s] of State law," and because "the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c). This case, and all claims therein, are remanded to the Third Judicial District Court, County of Dona Ana, State of New Mexico, from which the Defendants removed it.

**IT IS HEREBY ORDERED** that this case, and all claims therein, are remanded to the Third

Judicial District Court, County of Dona Ana, State of New Mexico.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel*:

Thomas A. Sandenaw , Jr.
CaraLyn Banks
Sandenaw & Anderson, P.C.
Las Cruces, New Mexico

      *Attorneys for the Plaintiff*

Elizabeth L. German
R. Michael Hughes
German & Associates, LLC
Albuquerque, New Mexico

      *Attorneys for Defendants Las Cruces Public School District,*
        *Dante Thacker, and Daniel Gomez*

Ann Louise Keith
John S. Stiff & Associates LLC
Albuquerque, New Mexico

      *Attorneys for the Defendant Sonia Diaz, Superintendent*
        *of the Las Cruces Public Schools, the Safety Officer at Zia*
        *Middle School*